# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Brian R. Martinotti |
| v. | : | Crim. No.: 19-CR-693 (BRM) |
| JEREMY M. RICHEY, | : | **ORDER FOR CONTINUANCE** |
| Defendant. | : | |

This matter having come before the Court on the application of Craig Carpenito, United States Attorney for the District of New Jersey (Bernard J. Cooney, Assistant U.S. Attorney, appearing), and defendant Jeremy M. Richey (Jose Ongay, Esq. appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and one prior continuance having been granted; and the defendant being aware that he has the right under Title 18 United States Code, Section 3161(c) to have the matter go to trial within seventy (70) days of his initial appearance in U.S. District Court; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to

enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. The defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this __19th__ day of __Dec.__ 2019,

**ORDERED** that the proceedings in the above-captioned matter are continued from the date of this Order through and including March 2, 2020; and

**IT IS FURTHER ORDERED** that the period from the date of this Order through and including March 2, 2020, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18 U.S.C. § 3161(h)(7)(A).

**HON. BRIAN R. MARTINOTTI**
**United States District Court Judge**

/s/Jose J. Ongay
Jose L. Ongay, Esq.
Counsel for Jeremy M. Richey


/s/Bernard J. Cooney
Bernard J. Cooney
Assistant United States Attorney